Prob12A
(7/93)

# United States District Court
## for the District of Massachusetts
### Report on Offender Under Supervision

**Name of Offender:** Robert Leveille  **Case Number:** CR-04-30016

**Name of Sentencing Judicial Officer:** The Honorable Marvin J. Garbis, U.S. District Court Judge, D/MD
Jurisdiction Transferred on 4/1/2004 to The Honorable Michael A. Ponsor, U.S. District Court Judge, D/MA

**Date of Original Sentence:** March 19, 2002

**Original Offense:** Transportation and Shipment of Child Pornography in Interstate Commerce by Means of Computer.

**Original Sentence:** 25 Months BOP, 3 years Supervised Release

**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** 8/3/03

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer** |

On 5/18/04, the defendant submitted a request for permission travel seeking permission to go to Rochester, New Hampshire from 6/19/04 to 6/20/04 on a "camping" trip. On 7/16/04, it was subsequently determined that Mr. Leveille attended bike week at Laconia. Mr. Leveille failed to answer truthfully the inquiries on the request for permission to travel form.

| | |
| --- | --- |
| 2 | **The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any persons convicted of a felony unless granted permission to so by the probation officer.** |

On 7/16/04, during a community visit, the defendant was advised that it is common knowledge among motorcyclist that a large number of individuals that attend this event are active members of motorcycle gangs known to be involved in criminal activity and/or having prior felony convictions. The defendant admitted that he was aware of this information.

**U.S. Probation Officer Action:** No judicial intervention recommended at this time. Mr. Leveille admitted to the above listed violations and accepts responsibility for his actions. In effort to address this issue, the Probation Office has restricted Mr. Leveille's travel for the next six months. Mr. Leveille understands that if he should violate the conditions of his supervision in the future progressive discipline will be taken.

Reviewed/Approved by:

_(signature)_ WAB (for)
Alicia Howarth
Supervising U.S. Probation Officer

Respectfully submitted,

By _(signature)_ WAB
Walter A. Bush Jr.
U.S. Probation Officer
Date: August 12, 2004

Prob 12A                  - 2 -                  **Report on Offender Under Supervision**

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ]    Submit a Request for Modifying the Conditions or Term of Supervision
[ ]    Submit a Request for Warrant or Summons
[ ]    Other

Signature of Judicial Officer *[signature: Michael A. Ponsor]*

Date 8·16·04