Prob12B
(7/93)

# United States District Court
## for the District of Massachusetts

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Robert Leveille  **Case Number:** MJG-99-0539

**Name of Sentencing Judicial Officer:** The Honorable Marvin J. Garbis, U.S. District Court Judge, D/MD
Jurisdiction Transferred on 4/1/2004 to The Honorable Michael A. Ponsor, U.S. District Court Judge, D/MA

**Date of Original Sentence:** March 19, 2002

**Original Offense:** Transportation and Shipment of Child Pornography in Interstate Commerce by Means of Computer

**Original Sentence:** 25 Months BOP, 3 years Supervised Release

**Type of Supervision:** Supervised Release    **Date Supervision Commenced:** 8/3/03

---

## PETITIONING THE COURT

[ ]  To extend the term of supervision for years, for a total term of years
[X]  To modify the conditions of supervision as follows:

> The defendant shall be required to submit to periodic polygraph testing as a means to insure that he/she is in compliance with the requirements of his conditions of supervision. No violation proceedings will arise based solely on a defendants failure to pass the polygraph. Such an event could, however, generate a separate investigation. When submitting to a polygraph exam, the defendant does not waive his/her Fifth Amendment rights, and the defendants exercise of his/her Fifth Amendment rights will not give rise to violation proceedings.

**CAUSE:**

Mr. Leveille has voluntarily agreed to participate in polygraph testing as a means of ensuring his compliance with the conditions of his supervision. Mr. Leveille has been convicted of Transportation and Shipment of Child Pornography in Interstate Commerce by Means of Computer, as such, the conditions in his original J&C (sentenced in the District of Maryland) prohibit him from accessing "online computer services at any location (including employment) without prior permission of the probation officer. This includes any internet service provider, bulletin board system, or any public or private computer network". Mr. Leveille's original J&C also indicates "The defendant shall consent to the probation officer conducting periodic unannounced examinations of the defendant's computer equipment, including all hardware and software". The search and seizure policy for the District of Massachusetts and the District of Maryland are different in that the District of Massachusetts has neither the authority or the means to enforce this condition. Therefore, the Probation Office is requesting, and Mr. Leveille has

Prob 12B                                - 2 -                    Request for Modifying the
                                                                 Conditions or Terms of Supervision
                                                                 with Consent of the Offender

voluntarily agreed to participate in periodic polygraph testing to ensure that he is in compliance with the conditions of his supervision. The Probation Office believes that polygraph testing will serve as a suitable substitute for ensuring compliance with this condition.

Reviewed/Approved by:                              Respectfully submitted,

                                                   By
_____                         _____
Alicia Howarth                                     Walter A. Bush Jr.
Supervising U.S. Probation Officer                 U.S. Probation Officer
                                                   Date: August 10, 2004

**THE COURT ORDERS**
[ ] No Action
[✓] The Extension of Supervision as Noted Above
[ ] The Modification of Conditions as Noted Above
[ ] Other

                                                   Signature of Judicial Officer
                                                   _____

                                                   Date 8-16-04

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# DISTRICT OF MASSACHUSETTS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant voluntarily agrees to modify the conditions of his supervision to include periodic polygraph testing.**

Witness: _[signature]_
Walter A. Bush Jr.
United State Probation Officer
_[signature]_

Signed: _[signature]_
Probationer or Supervised Releasee

8/10/04
DATE